Pedro Nathan Waits
Plaintiff

United States District Court
Northern District of Illinois

V.

RECEIVED
OCT - 4 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Magix Corporation
Defendant

1:11-cv-07000
Judge Suzanne B. Conlon
Magistrate Judge Jeffrey Cole

COMPLAINT

I believe your court has jurisdiction over my case because of federal law ( Federal Question). The Purpose of my complaint is for the breach of contract use of copyrights no payment of percentage and publishing. My contract was signed 2005 February. My contract was for six years at the end of six years I was supposed to be compensated for five songs; (Rap-hip hop & melodies). Magix Corporation has failed to send me any information about my taxes or any other information. Magix Corporation allowed artists signed with their company to use my voice, beat, voice beat, and melodies and have compensated them giving them copyrights percentage and publishing. Magix Corporation has slandered my name on magix web pages, twitter, facebook, my life, youtube and several other websites. I'm suing for 1,000,000,000 dollars.

/Pedro Nathan Waits
11610 South Yale
Chicago, Illinois 60628



**William H. Frankel**
312-321-7736
wfrankel@usebrinks.com

A Professional Corporation

Intellectual Property
Law Worldwide

June 17, 2010

Pedro Waits
8845 South Aberdeen, Apt. #1
Chicago, IL 60620

Re:   **Engagement Letter**

Dear Mr. Waits:

We are pleased that you have engaged our Firm to represent you in connection with a contract dispute with Magix Music Maker. To give you an overview of Brinks Hofer Gilson & Lione, we refer you to our website at www.usebrinks.com.

We would like to confirm our understanding of the scope of our engagement as your legal counsel in this matter, summarize our billing practices and advise you of our conflicts of interest policy.

SCOPE OF ENGAGEMENT

Our client in this matter is you. It is our understanding that you have asked us to assist you in assessing and obtaining royalties you may be owed.

In this regard, we will review your contract with Music Maker, and counsel you accordingly.

You may expand the scope of our representation, provided that we agree. Unless otherwise agreed in writing, the terms of this letter shall apply to all other matters for which we are engaged.

You agree to keep us informed with timely and complete factual information, documents and other communications, including your current contact information and timely instructions that we request relevant to our representation.

Unless earlier terminated, our representation of you in this matter will terminate upon our sending to you our final statement for services rendered in the matter. Upon termination, the Firm has no continuing obligation to advise you with respect to future legal developments.

Upon termination of our representation, your documents will be returned to you upon request. Our own files pertaining to the matter will be retained by the Firm. These files include, for example, firm administrative records and lawyers' internal work product prepared for the internal use of Firm lawyers. We reserve the right to destroy or otherwise dispose of any documents or files within a reasonable time after termination.

Pedro Waits
June 17, 2010
Page 2

### FEES AND EXPENSES

Our fees for services rendered will be billed monthly and will be based on the actual time expended at our standard hourly rates for attorneys and attorney-supervised personnel (such as paralegals and assistants). The attorneys who will initially be involved will be myself and Tiffany Walker. Their current hourly billing rates are $610 and $240, respectively. To the extent feasible in each situation, we utilize personnel with lower billing rates who are qualified to perform the tasks assigned to them. These rates, as well as hourly rates for other attorneys and personnel who may provide services to you, may change over time. We generally adjust our rates in January of each year.

Based upon the scope of engagement described above, we estimate that the legal fees for our work as counsel in this engagement will be in the range of $750-$2,500. To the extent that this engagement is less involved than we anticipate, our fees could be at the lower end. Conversely, time spent in matters of this type can sometimes mount up in unanticipated and seemingly unlikely ways. Our estimate does not include litigation, should that become necessary.

This estimate is for legal fees only. We will bill separately for our out-of-pocket expenses and charges incurred on your behalf, including, for example, travel, costs of courier service, filing fees, long-distance telephone charges and photocopying. Where significant third-party payments are required (*e.g.*, co-counsel fees, expert fees, etc.) we will normally send the charge to you for your direct payment. A more detailed summary of our billing policies and procedures is enclosed.

### RETAINER

Our Firm requires the payment of a retainer in the amount of $2,500 in this matter. The retainer will be applied against the first bills rendered. This amount must be received before we begin to render services, unless we are providing the service on an immediate, emergency basis.

### CONFLICTS OF INTEREST

As you may be aware, Brinks Hofer Gilson & Lione is a large intellectual property law firm, which represents a diverse group of clients. It is possible that we represent current clients, or may be asked in the future to represent new clients, in the same general field of interest to you. You waive any objection to our handling any opinions or performing other work for any current or future Firm clients whose interests may be adverse to you, provided that any such opinion or work is not substantially related to work the Firm has done or is doing for you, and provided that in rendering such opinion or performing such work, the Firm does not use any proprietary or confidential information provided by you. Notwithstanding anything in this letter to the contrary, the Firm shall not represent any party in any lawsuit or in any USPTO *inter partes* proceeding against you.

We have conducted an internal review and have not identified any apparent conflict of interest. However, conflicts of interest are at times extremely difficult to identify and can sometimes arise

Pedro Waits
June 17, 2010
Page 3

as a result of client activities or other developments of which we may be unaware. We will make every effort to identify and resolve these conflict situations and will establish appropriate mechanisms to safeguard the interests of you. In an appropriate situation, we may provide you with full information regarding a potential conflict of interest and ask you to waive the potential conflict.

Our monthly billing statements will describe in detail our activities in connection with your matters, and we hope you will contact me anytime you have a question. Please sign and return a copy of this letter to me acknowledging your agreement to the conditions of our engagement.

Sincerely yours,

William H. Frankel

WHF/cn

Enclosures:  Acknowledgment Copy
             Billing Policies and Procedures


Read and Agreed to on Behalf of
PEDRO WAITS

_____

Title:_____

Date: June 26, 2010

_____

Federal Employer I.D.#

# Social Security Administration

Date: August 23, 2011
Claim Number: 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DI

Name: PEDRO NATHAN WAITS

RONALD JOSEPH LEWIS , FOR
PEDRO NATHAN WAITS
8845 S ABERDEEN 1ST FL
CHICAGO, IL 60620-3457

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Other Important Information**
For the period 01/01/10 to 12/01/10 you received a total of $8088.00 in Supplemental Security Income benefits.

**If You Have Any Questions**

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 877-409-8427. We can answer most questions over the phone. You can also write or visit any Social Security office. Your closest office is located at:

> SOCIAL SECURITY ADMINISTRATION
> 8658 S SACRAMENTO AVE
> CHICAGO, IL 60652

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

Office Manager

This is an official extract of Social Security Administration records.

(Signature/Title)         8/23/11
                          Date

Social Security Administration
8658 S. Sacramento Ave.
Chicago, IL 60652

Payment dates and amounts are as follows:

| Month | Payment | Month | Payment | Month | Payment |
|---|---|---|---|---|---|
| 01/01/10 | $674.00 | 05/01/10 | $674.00 | 09/01/10 | $674.00 |
| 02/01/10 | $674.00 | 06/01/10 | $674.00 | 10/01/10 | $674.00 |
| 03/01/10 | $674.00 | 07/01/10 | $674.00 | 11/01/10 | $674.00 |
| 04/01/10 | $674.00 | 08/01/10 | $674.00 | 12/01/10 | $674.00 |