**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

Plaintiff(s) **Pedro Nathan Waits**

v.

Defendant(s) **Magix Corporation**

**1:11-cv-07000**
**Judge Suzanne B. Conlon**
**Magistrate Judge Jeffrey Cole**

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of this motion]

1. I, **Pedro Nathan Waits**, declare that I am the (check appropriate box) ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have contacted the following attorneys/organizations seeking representation (NOTE: This item must be completed):

   **Hofner Brinks Gilson & Lione**

   ✓ **FILED**
   OCT - 4 2011
   MICHAEL W. DOBBINS
   CLERK, U.S. DISTRICT COURT

   but I have been unable to find an attorney because:

   **I have no money and I'm on a limited income**

3. In further support of my motion, I declare that (check appropriate box):

   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   ☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☐ (Check one box) In further support of my motion, I declare that my highest level of education is:

☐ Grammar school only ☐ Some high school ☐ High school graduate

☒ Some college ☐ College graduate ☐ Post-graduate

6. ☐ (Check **only** if applicable) In further support of my motion, I declare that my ability to speak, write, and/or read English is limited because English is not my primary language

7. ☐ (Check **only** if applicable) In further support of my motion, I declare that this form and other complaint forms were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program.

8. I declare under penalty that the foregoing is true and correct.

_____  11610 S. Yale
Movant's Signature                Street Address

10-4-2011                         Chicago, Illinois, 60628
Date                              City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| Assigned Judge: | Case Number: |
|---|---|
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box ☐ | |

| Assigned Judge: | Case Number: |
|---|---|
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box ☐ | |

| Assigned Judge: | Case Number: |
|---|---|
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box ☐ | |